IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANICE LEAMAN, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO.   13-975 |
| GREGG B. WOLFE, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this *10th* day of *July*, 2014, upon consideration of **(1)** Plaintiff Janice Leaman's Motion for Summary Judgment (Docket No. 47), Plaintiff Gregg Wolfe's Response (Docket No. 48), and Plaintiff's Reply Brief (Docket No. 50); and **(2)** Defendant's Motion for Summary Judgment (Docket No. 46) and Plaintiff's Response (Docket No. 49), it is hereby **ORDERED** as follows:

1. With respect to the Complaint in Confession of Judgment, Plaintiff's Motion for Summary Judgment is **DENIED** and Defendant's Motion for Summary Judgment is **GRANTED**.  **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff on the entirety of Plaintiff's Complaint.

2. With respect to the Counterclaim, Plaintiff's Motion for Summary Judgment is **GRANTED** and Defendant's Motion for Summary Judgment is **DENIED**. **JUDGMENT IS ENTERED** in favor of Plaintiff and against Defendant on the entirety of the Counterclaim.

This case is now **CLOSED**.

It is so **ORDERED**.

BY THE COURT:


*s/ Ronald L.Buckwalter*
RONALD L. BUCKWALTER, S.J.