IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANICE M. LEAMAN**, | ) |
| | ) CIVIL ACTION NO. 2:13-CV-00975 |
| Plaintiff, | ) United States District Court for the |
| | ) Eastern District of Pennsylvania |
| v. | ) |
| **GREGG B. WOLFE**, | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW this 9th day of February, 2017, upon consideration of the parties' cross-motions for summary judgment after remand, IT IS HEREBY ORDERED that for the reasons set forth in the accompanying memorandum opinion, plaintiff Janice M. Leaman's motion for summary judgment (ECF No. 75) is **GRANTED IN PART AND DENIED IN PART** and defendant Gregg B. Wolfe's motion for summary judgment (ECF No. 76) is **DENIED**. Plaintiff is entitled to recover damages of $10,523.97 for interest and reasonable attorneys' fees of $28,349.35. Judgment shall be entered in favor of plaintiff Janice M. Leaman and against defendant Gregg B. Wolfe in the total amount of $38,873.32.

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
Chief Judge, U.S. District Court