IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JANICE M. LEAMAN,                                )
                                                 )  CIVIL ACTION NO.  2:13-CV-00975
            Plaintiff,                           )
                                                 )
                                                 )
                                                 )
                                                 )
      v.                                         )
                                                 )
GREGG B. WOLFE,                                  )
                                                 )
            Defendant.                           )

ORDER OF COURT

AND NOW this 27th day of March, 2017, upon consideration of the parties' cross-

motions for summary judgment after remand, IT IS HEREBY ORDERED that for the reasons

set forth in the accompanying memorandum opinion, plaintiff Janice M. Leaman's motion for

reconsideration (ECF No. 88) is **DENIED**.

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
Chief Judge, U.S. District Court

7